## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBERT REDMOND,

      Plaintiff,

v.                               Case No.  8:11-cv-692-T-30EAJ

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

      Defendant.

_____/

### ORDER OF DISMISSAL

      The Court has been advised via a Notice of Settlement (Dkt. #31) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on January 3, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-692.dismiss 31.wpd